# United States Court of Appeals
## For the First Circuit

No. 03-2495

ROBERT P. JOYAL,

Plaintiff, Appellant,

v.

HASBRO, INC., d/b/a HASBRO GAMES,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on August 17, 2004, should be amended as follows:

On page 2, line 6 of first paragraph, delete "then".

On page 3, line 1, top of page, replace "Joyal," with "Joyal." and add an extra space after the period.

On page 4, line 2 of first full paragraph, replace "more friendly" with "friendlier".

On page 15, line 7 of first full paragraph, replace "G & W" with "G & M", and on line 1 of second full paragraph, replace "G & W's" with "G & M's".